NIASH REFINING COMPANY, Inc.,
Plaintiff, Appellant,

v.

AZOR, INC., Defendant, Appellee.

No. 5331.

United States Court of Appeals
First Circuit.

Oct. 21, 1958.

Robert D. Spille, New York City, for appellant.

Elliot A. Salter, Providence, R. I., for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

A judgment will be entered affirming the judgment of the District Court, on the basis of the opinion filed by Judge Day on December 6, 1957, 158 F.Supp. 505.